# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**
Related to: 1:23-CR-123 - US v Gavin Garrison

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** Trenga

City:
Superseding Indictment:
**Criminal No.** 1:24-CR-117

County: Loudoun, Pr. Wm, FFX
Same Defendant:
New Defendant: XXX

Magistrate Judge Case No.
**Arraignment Date:**

Search Warrant Case No.
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** DANIEL LOREN FREEMAN   Alias(es):   ☐ Juvenile   FBI No.

**Address:** Haymarket, VA

**Employment:**

**Birth Date:** xx/xx/1963   **SSN:** xxx-xx-9704   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   Language/Dialect:   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Rammy Barbari   ☐ Court Appointed   Counsel Conflicts:

**Address:** 409 7th St, NW #200, Washington DC 20004   ☒ Retained

**Phone:** 202.417.6000   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Russell L. Carlberg   **Phone:** 703.299.3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation - Special Agent Michael Major

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1957 | Engaging in a Monetary Transaction in Criminally Derived Property | 1 | Felony |
| Set 2: | | | | |

**Date:** 5/24/2024   **AUSA Signature:** /s/ Russell L. Carlberg   *may be continued on reverse*